IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CITY OF MIAMI GARDENS, a Florida
municipal corporation, and SKANSKA USA
BUILDING INC., a foreign corporation,

       Plaintiffs,

v.

URS CORPORATION SOUTHERN, a
foreign corporation, URS CORPORATION,
a foreign corporation, and MARK W.
ZIMPELMAN, an individual,

       Defendants.

_____/

URS CORPORATION SOUTHERN, a foreign
corporation,

       Counter-Plaintiff,

v.

CITY OF MIAMI GARDENS, a Florida
municipal corporation,

       Co-Plaintiff/Counter-Defendant.

_____/

CIVIL ACTION

Case No. 1:15cv23334-KMW

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Alan G. Kipnis, Esq. of the law firm of ARNSTEIN &

LEHR LLP enters his appearance as counsel for Co-Plaintiff/Counter-Defendant, CITY OF

MIAMI GARDENS, and requests that all pleadings, motions, notices, and other papers filed in

this matter be forwarded to the undersigned at the address and emails given below.

Dated:  May 31, 2016.

ARNSTEIN & LEHR LLP
*Counsel for Co-Plaintiff/Counter-Defendant, City of Miami Gardens*
200 E. Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301
Telephone:     954-713-7600
Facsimile:      954-713-7700
Email:          glbrown@arnstein.com
                jmatlas@arnstein.com
                agkipnis@arnstein.com
                lkdunne@arnstein.com
                mthompson@arnstein.com
                FTL-ctdocs@arnstein.com
                dldilella@arnstein.com


By:   /s/ Gary L. Brown
      Gary L. Brown
      Florida Bar No. 0054585
      Joshua M. Atlas
      Florida Bar No. 0790761
      Alan G. Kipnis
      Florida Bar No. 181788

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2016, the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the foregoing document via email on all counsel or parties of record on the Service List below.

/s/ Gary L. Brown
Gary L. Brown

Brian A. Wolf, Esq.
Gene Polyak, Esq.
Christopher M. Horton, Esq.
**SMITH, CURRIE & HANCOCK LLP**
101 N.E. Third Avenue, Suite 1910
Fort Lauderdale, FL 33301
E-mail: bawolf@smithcurrie.com
E-mail: cmhorton@smithcurrie.com
E-mail: gpolyak@smithcurrie.com
E-mail: rweiner@smithcurrie.com
E-mail: tbrown@smithcurrie.com
E-mail: lcherubin@smithcurrie.com
E-mail: ftlpleadings@smithcurrie.com
***Counsel for Mark W. Zimpelman, URS Corp.***
***Southern and URS Corp.***

William Davell, Esq.
Christopher D. Barber, Esq.
**MAY, MEACHAM & DAVELL PA**
One Financial Plaza, Suite 2602
Ft. Lauderdale, FL 33394
Telephone: 954-763-6006
Facsimile:
Email:  wdavell@mmdpa.com
Email:  cbarber@mmdpa.com
Email:  lpriddie@mmdpa.com
***Counsel for Skanska USA Building Inc.***

113256406.1