UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23334-CIV-WILLIAMS

CITY OF MIAMI GARDENS, and
SKANSKA USA BUILDING, INC.,

    Plaintiffs/Counterclaim-Defendant,

vs.

URS CORPORATION SOUTHERN,
URS CORPORATION, and
MARK W. ZIMPELMAN,

    Defendants/Counterclaim-Plaintiff.
_____/

## OMNIBUS ORDER

**THE MATTER** is before the Court following a status conference held on June 9, 2016. Upon review of the Parties' motions and the record, and in accordance with the oral rulings made in open court, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' motion for leave to amend (DE 82) is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs may file a Second Amended Complaint adding allegations in support of their negligence claims, but are denied leave to amend to include punitive damages in their prayer for relief. Plaintiffs shall immediately re-file their Second Amended Complaint. Defendants' response to the Second Amended Complaint is due 14 days from Plaintiffs' filing of their amended pleading.

2. Defendants' motion for leave to amend (DE 83) is **DENIED**.

3. Plaintiffs' motion to strike affirmative defenses (DE 85) is **DENIED**.

4. During the hearing, Defendants moved *ore tenus* to convert their motion for order to show cause (DE 92) to a motion to compel. Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's motion to convert its motion for order to show cause

(DE 92) into a motion to compel production is **GRANTED** without prejudice to the Defendants' right to pursue claims under Florida Statute § 119. Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Local Rules, Defendants' motion to compel (DE 92) is **REFERRED** to Magistrate Judge Andrea M. Simonton.

5. On or before **June 30, 2016**, the Parties shall meet and confer and file a joint proposal regarding the number of and/or page limitations for their motions for summary judgment.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of June, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE