IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CITY OF MIAMI GARDENS, a Florida
municipal corporation, and SKANSKA USA
BUILDING INC., a foreign corporation,

      Plaintiffs,

v.

URS CORPORATION SOUTHERN, a
foreign corporation, URS CORPORATION,
a foreign corporation, and MARK W.
ZIMPELMAN, an individual,

      Defendants.
_____/

URS CORPORATION SOUTHERN, a foreign
corporation,

      Counter-Plaintiff,

v.

CITY OF MIAMI GARDENS, a Florida
municipal corporation,

      Co-Plaintiff/Counter-Defendant.
_____/

CIVIL ACTION

Case No. 1:15cv23334-KMW

**STIPULATION TO AND WITHDRAWAL OF THE CITY OF MIAMI GARDENS' MOTION TO DISMISS COUNT II OF URS CORPORATION SOUTHERN'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION [D.E. 98] WITHOUT PREJUDICE**

      Plaintiff, City of Miami Gardens (the "City"), by and through its undersigned counsel, and Defendant, URS Corporation Southern, by and through its undersigned counsel, and in light of the Court's ruling following the June 9, 2016 status conference [D.E. 100], hereby stipulate as follows:

2

1. The City hereby withdraws its Motion to Dismiss Count II of URS Corporation Southern's Counterclaim for Lack of Subject Matter Jurisdiction [D.E. 98] (the "Motion") <u>without prejudice</u>.

2. The City and URS Corporation Southern stipulate that the Motion may be refiled, if necessary, after the Magistrate rules on the pending discovery issues which are the subject of URS Corporation Southern's Motion to Compel.[1]

**IN WITNESS WHEREOF**, and in agreement herewith, by and through their respective counsel, the Parties have executed this Stipulation as of the date set forth below.

Dated this 23rd day of June, 2016.

| | |
|---|---|
| /s/ Gary L. Brown<br>**ARNSTEIN & LEHR LLP**<br>*Counsel for Plaintiff City of Miami Gardens*<br>Gary L. Brown, Esq.<br>Florida Bar No. 0054585<br>Primary Email: glbrown@arnstein.com<br>Secondary Email: jgutierrez@arnstein.com<br><br>Joshua M. Atlas, Esq.<br>Florida Bar No. 0790761<br>Primary Email: jmatlas@arnstein.com<br>Secondary Email: lkdunne@arnstein.com<br><br>200 E. Las Olas Blvd., Suite 1000<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 713-7600<br>Fax: (954) 713-7715 | /s/ Christopher M. Horton<br>**SMITH, CURRIE & HANCOCK LLP**<br>*Counsel for Defendants*<br>Brian A. Wolf, Esq.<br>Florida Bar No. 983683<br>Primary E-mail: bawolf@smithcurrie.com<br>Secondary E-mail: lcherubin@smithcurrie.com<br><br>Eugene Polyak, Esq.<br>Florida Bar No. 60921<br>Primary E-mail: gpolyak@smithcurrie.com<br>Secondary E-mail: tbrown@smithcurrie.com<br><br>Christopher M. Horton, Esq<br>Florida Bar No. 91161<br>Primary E-mail: cmhorton@smithcurrie.com<br>Secondary Email: rweiner@smithcurrie.com<br><br>101 N.E. Third Avenue, Suite 1910<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 761-8700<br>Fax: (954) 524-6927 |

---

[1] Pursuant to the Court's June 9, 2016 Order [D.E. 100], URS Corporation Southern's Motion for Order to Show Cause regarding the City's alleged violation of Chapter 119, Florida Statutes, [D.E. 92] was converted to a Motion to Compel and referred to the Magistrate for resolution.

113314467.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will serve the foregoing document via email on all counsel or parties of record on the Service List below.

/s/ Gary L. Brown
Gary L. Brown

## SERVICE LIST

| | |
|---|---|
| Brian A. Wolf, Esq. | William Davell, Esq. |
| Gene Polyak, Esq. | Christopher D. Barber, Esq. |
| Christopher M. Horton, Esq. | **MAY, MEACHAM & DAVELL PA** |
| **SMITH, CURRIE & HANCOCK LLP** | One Financial Plaza, Suite 2602 |
| 101 N.E. Third Avenue, Suite 1910 | Ft. Lauderdale, FL 33394 |
| Fort Lauderdale, FL 33301 | Telephone: 954-763-6006 |
| E-mail: bawolf@smithcurrie.com | Email: wdavell@mmdpa.com |
| E-mail: cmhorton@smithcurrie.com | Email: cbarber@mmdpa.com |
| E-mail: gpolyak@smithcurrie.com | Email: lpriddie@mmdpa.com |
| E-mail: rweiner@smithcurrie.com | *Counsel for Skanska USA Building Inc.* |
| E-mail: tbrown@smithcurrie.com | |
| E-mail: lcherubin@smithcurrie.com | |
| E-mail: ftlpleadings@smithcurrie.com | |
| *Counsel for Mark W. Zimpelman, URS Corp. Southern and URS Corp.* | |

113314467.1