UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23334-CIV-WILLIAMS

CITY OF MIAMI GARDENS, and
SKANSKA USA BUILDING, INC.,

    Plaintiffs/Counterclaim-Defendant,

vs.

URS CORPORATION SOUTHERN,
URS CORPORATION, and
MARK W. ZIMPELMAN,

    Defendants/Counterclaim-Plaintiff.
_____/

## ORDER

**THE MATTER** is before the Court on the Parties' stipulation regarding their motions for summary judgment. (DE 109). Pursuant to the Court order (DE 100), the Parties filed a joint stipulation regarding the number of and page limitations for their motions for summary judgment. (DE 109). Accordingly, upon review of the stipulation, it is **ORDERED AND ADJUDGED** that the Parties shall have leave to each file one omnibus motion for summary judgment with the following page increases:

1. An additional 20 pages for each omnibus motion for summary judgment;
2. An additional 15 pages for responses in opposition; and
3. An additional 5 pages for a reply (if any).

It is further **ORDERED** that the Parties' briefs shall be in 12-point font of either Times

New Roman or Arial and must be double spaced.

**DONE AND ORDERED** in chambers in Miami, Florida, this \_\_\_\_ day of August, 2016.

 

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE