UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23334-CIV-WILLIAMS

CITY OF MIAMI GARDENS, and
SKANSKA USA BUILDING, INC.,

    Plaintiffs/Counterclaim-Defendant,

vs.

URS CORPORATION SOUTHERN,
URS CORPORATION, and
MARK W. ZIMPELMAN,

    Defendants/Counterclaim-Plaintiff.
_____/

## ORDER

**THIS MATTER** is before the Court on an ex parte notification of settlement, in which counsel for the Parties indicated they have reached a settlement in this matter and are in the process of concluding the settlement process. Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **September 26, 2016**, the Parties shall file a joint stipulation to dismiss. If the Parties wish for the Court to retain jurisdiction, they are advised that they must submit the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of September, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE